UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| David Boston, #30666-018, | ) | |
| | ) | C/A No.: 6:07-0250-GRA-WMC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| Donald Bauknecht, Warden, | ) | |
| FCI-Williamsburg, | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, David Boston, filed his *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, on January 26, 2007. Petitioner challenges the Bureau of Prison's ("BOP") procedures for Residential Reentry Center ("RRC") placement and home confinement. Petitioner alleges that the BOP improperly calculated his RRC eligibility date. He asks the Court to order the BOP to transfer him to a RRC before his ten percent (10%) date.

Petitioner disputes the BOP's calculation of his RRC eligibility date of October 7, 2007. Instead, Petitioner believes that he is eligible for RRC eighty-one (81) days prior to his release date of December 16, 2007, instead of seventy-two (72) days prior to the release date. It appears that Petitioner may have already been released to RRC even though he has not informed the court of a change of address.

Based on the above, the parties are given five (5) days from the date of this Order to inform the Court of Petitioner's current status.

1

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

October 11, 2007
Anderson, South Carolina

2